Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com
          jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCELERATED CONSTRUCTION, INC., | Case No. 2:20-cv-01313-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATED SCHEDULING ORDER** |
| WELLS FARGO BANK, NA, a Delaware corporation; DOES I through X, and ROE CORPORATIONS I through X, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rules ("LR") IA 6-1 and 7-1, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Accelerated Construction, Inc. ("Plaintiff", and together with Wells Fargo, the "Parties") hereby stipulate to a scheduling order as set forth below, and based on the following:

1. On July 22, 2020, Wells Fargo filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 7] (the "Motion");

2. On August 4, 2020, Plaintiff filed its Opposition to the Motion [ECF No. 9]. In the Opposition, Plaintiff stated its intention to file an amended complaint;

3. Wells Fargo's Reply in support of the Motion is currently due for filing on August 11, 2020;

4. Pursuant to Federal Rule of Civil Procedure, the deadline for Plaintiff to file an amended complaint is August 12, 2020, one day after Wells Fargo's current deadline to file a reply in support of the Motion;

5. If Plaintiff were to file an amended complaint on August 12, 2020, Wells Fargo's deadline to file a response to an amended complaint is August 26, 2020 pursuant to Fed. R. Civ. P. 15(a)(3);

6. The Parties now seek to set stipulated filing deadlines for Plaintiff to file an amended complaint and for Wells Fargo to respond to the amended complaint. The Parties do not seek a stipulated scheduling order for any improper purpose, or for the purpose of delay, but rather to allow Plaintiff ample time to file an amended complaint and to avoid Wells Fargo's preparing an unnecessary Reply.

NOW, THEREFORE, subject to the Court's approval, the Parties request that a scheduling order be entered, setting the following deadlines:

- Plaintiff's deadline to file an amended complaint shall be **August 26, 2020**;
- Wells Fargo's deadline to file a response to the amended complaint shall be **September 16, 2020**;
- Plaintiff's deadline to oppose Wells Fargo's response to the amended complaint shall be **October 7, 2020**; and
- Wells Fargo's deadline to reply in support of its response to the amended complaint shall be **October 21, 2020**.

//

//

//

//

//

4820-0256-9927

- 2 -

The Parties further stipulate and agree that in the event Plaintiff does not file an amended complaint by August 26, 2020, Wells Fargo's deadline to file a Reply in support of the Motion shall be **September 9, 2020**.

DATED this 11th day of August 2020.                              DATED this 11th day of August 2020.

SNELL & WILMER L.L.P.

 */s/ Kelly H. Dove*                                                               */s/ Brandon L. Phillips*
Kelly H. Dove (NV Bar No. 10569)                         Brandon L. Phillips (NV Bar No. 12264)
Jennifer L. McBee (NV Bar No. 9110)                    1455 East Tropicana Avenue, Suite 750
3883 Howard Hughes Parkway, Suite 1100         Las Vegas, Nevada 89119
Las Vegas, Nevada 89169                                       Phone: (702) 795-0097
Telephone: 702.784.5200                                        Fax: (702) 795-0098
Facsimile: 702.784.5252                                         *Attorney for Plaintiff*
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 12, 2020

4820-0256-9927

- 3 -